IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COLTON JACOB, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:23-cv-1179-DII |
| STEWARD PARTNERS GLOBAL ADVISORY, LLC, et al. | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On September 27, 2024, the Court entered an order granting Defendants' motion to compel arbitration and dismissing Plaintiffs' claims without prejudice. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on September 30, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE