Case: 24-50871   Document: 51   Page: 1   Date Filed: 02/25/2025



# United States Court of Appeals for the Fifth Circuit

**A True Copy**
**Certified order issued Feb 25, 2025**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**FILED**
February 25, 2025

Lyle W. Cayce
Clerk

No. 24-50871

---

Vincent Connor Fuchs, *on behalf of themself and those similarly situated*,

        *Plaintiff—Appellant*,

versus

Steward Partners Global Advisory, L.L.C.; Steward Investment Solutions, L.L.C.,

        *Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-1179

---

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal as to Colton Jacob is dismissed as of February 25, 2025, pursuant to appellant's motion.

No. 24-50871

                    LYLE W. CAYCE
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

By: _____
            Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT